UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

CIVIL ACTION NO. 19-223-WOB-CJS

JAQUAN DAVIS                                                      PLAINTIFF

VS.                            <u>ORDER</u>

JORDAN PERRY, ET AL                                   DEFENDANTS

This matter is before the Court on the Report and Recommendation (Doc. 52) of the Magistrate Judge, and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court. 1) That plaintiff's complaint (Doc. 1) be, and is hereby **dismissed without prejudice** for failure to prosecute and to comply with Orders of the Court; 2) That the United States' Motion to Dismiss or in the alternative, for Judgment on the Pleadings, or Summary Judgment (Doc. 50) be, and is hereby **denied as moot**; and 3) That this action, be and hereby is **stricken** from the Court's active docket.

This 7th day of July, 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge